IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL R. OPLAND,

    Petitioner,          No. CIV S-11-0767 DAD P

  vs.

RICHARD B. IVES,

    Respondent.        <u>ORDER</u>

        Petitioner, a federal prisoner confined at Federal Correctional Institution at Herlong, on March 21, 2011, filed a petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. Petitioner has paid the filing fee.

        After reviewing petitioner's original petition, the court has determined that it must be dismissed with leave to file an amended petition. Petitioner alleges that he is being held in federal custody unlawfully, purportedly based open an order of the U.S. District Court for the District of Idaho. Beyond that, the petition is undecipherable. Petitioner does not make clear whether he seeks to challenge a conviction or the execution of a sentence. Nor is it clear from the petition filed with this court when or where petitioner was convicted or what type of relief petitioner seeks from this court. Moreover, petitioner has not articulated any grounds for relief in his petition.

If petitioner chooses to pursue this action and elects to file an amended petition, he will need to clarify why he has filed this action and articulate why he believes he is entitled to relief from this court.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's petition for a writ of habeas corpus is dismissed with leave to file an amended petition within thirty days from the date of service of this order;

2. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition"; and

3. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

DATED: July 25, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
opla0767.amd